# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com
E-mail: cpalmieri@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIDMAN
DINA N. WEINBERG
DAVID H. FELDSTEIN
AMY L. STUTIUS*

*AWAITING ADMISSION TO THE BAR

**MEMO ENDORSED**

June 27, 2007

*Adjourned to 7/16/07 @ 9:30 A.M.*

SO ORDERED:
Date: 6/27/07
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

BY HAND

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re:   Bigio et al. v. Commerce Bancorp Inc., 07 Civ. 4102 (RMB)

Dear Judge Berman:

   We represent the plaintiff, Carmen Bigio, in the above-captioned matter. An initial pre-trial conference has been scheduled for Monday, July 2, 2007 at 9:30 a.m. I will be on vacation that week and am writing to request an adjournment of the conference. I have conferred with counsel for defendant, who does not oppose this request. The parties are available to reschedule the conference on Monday, July 16, 2007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/07

Respectfully submitted,

*Christine A. Palmieri*

Christine A. Palmieri (CP 8235)

RECEIVED
JUN 27 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

cc:   Christine Bonavita, Esq. (via facsimile / (215) 832-5358)