UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CARMEN BIGIO, Individually and                          :
on Behalf of All other persons similarly situated,      :   07 Civ. 4102 (RMB)
                                                        :
            Plaintiffs,                                 :
                                                        :
      -against-                                         :   **NOTICE OF DISMISSAL**
                                                        :
COMMERCE BANCORP INC.,                                  :
                                                        :
            Defendant.                                  :
------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that, pursuant to F.R.C.P. Rule 41(a)(1), plaintiff Carmen Bigio hereby dismisses the above-captioned action.


Dated: New York, New York
      July 12, 2007

                                          LIDDLE & ROBINSON, L.L.P.

                                          By: _____
                                              Christine A. Palmieri
                                          Attorneys for Plaintiff
                                          800 Third Avenue
                                          New York, New York 10022
                                          (212) 687-8500