UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CARMEN BIGIO, Individually and
on Behalf of All other persons similarly situated,     :   07 Civ. 4102 (RMB)
                                                       :
              Plaintiffs,                              :
                                                       :
       -against-                                       :   **NOTICE OF DISMISSAL**
                                                       :
COMMERCE BANCORP INC.,                                 :
                                                       :
              Defendant.                               :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that, pursuant to F.R.C.P. Rule 41(a)(1), plaintiff Carmen Bigio hereby dismisses the above-captioned action.

Dated: New York, New York
       July 12, 2007

                                       LIDDLE & ROBINSON, L.L.P.

                                       By: _____
                                           Christine A. Palmieri
                                       Attorneys for Plaintiff
                                       800 Third Avenue
                                       New York, New York 10022
                                       (212) 687-8500

*[Handwritten]:* THE INITIAL PRE-TRIAL CONFERENCE IS HEREBY VACATED AND THE CLERK IS REQUESTED TO CLOSE THIS CASE.

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
7/12/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07